# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **TEON JAMELL WILLIAMS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:16-CV-00061-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **BRAD PERRITT,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2016, Order.

Signed: November 3, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court